United States District Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DONNA HOLCOMB, et al, | § | |
| *Plaintiff(s),* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-00210 |
| | § | |
| SPECIALIZED LOAN SERVICING, | § | |
| LLC, et al | § | |

## FINAL JUDGMENT

This Judgment is entered in the wake of this Court, on September 9, 2024, entering a Memorandum Opinion containing findings of fact and conclusions of law explaining its ruling in the above-referenced matter. DK# 42. It is therefore

ORDERED that the Plaintiffs, Donna Holcomb and Curtis Holcomb, shall take nothing on all their claims against Defendants Specialized Loan Servicing, LLC ("SLS") and Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2 ("Deutsche Bank," and with SLS, collectively, "Defendants").

The Court finds that Defendant SLS is the mortgage servicer for Defendant Deutsche Bank. It is further

ORDERED that summary judgment is granted in favor of Defendants against Plaintiffs for judicial foreclosure. It is further

ORDERED Defendants hold security interest in the real property commonly known as 901 Landing Boulevard, League City, Texas 77573, more particularly described as

> LOT ONE (1), IN BLOCK NINE (9), OF THE LANDING, SECTION ONE (1), A SUBDIVISION IN GALVESTON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 15, PAGE 159 IN THE OFFICE OF THE COUNTY CLERK OF GALVESTON COUNTY, TEXAS.

It is further

ORDERED that there is a default under the terms of the Texas Home Equity Note (Fixed Rate – First Lien) in the original principal amount of $88,000.00 as of October 26, 2004 accruing at a rate of 6.5% or as contractually agreed.  It is further

ORDERED that Defendants are authorized to proceed with foreclosure under the Texas Home Equity Security Instrument (First Lien) executed by Jo Ann M Jones and Charles E Jones (by Jo Ann M. Jones, his attorney infact) on October 26, 2004, TEX. PROP. CODE § 51.002 and applicable law.  It is further

ORDERED that in the alternative that Defendants' or their successors and assigns may at their discretion request an Order for Sale issue to any sheriff or constable in the State of Texas to seize and sell the above-described Property the same as under execution in satisfaction of this Judgment against Plaintiffs and that Defendants may credit bid at such sale up to the amount owed under the Note and lien as of the date of the sale.  The sheriff or other officer executing this order of sale

will have the same force and effect as that of a writ of possession between the parties in the action.

This judgment is final, disposes of all parties and all claims, and is appealable. Any relief not expressly granted is denied.

SO ORDERED this 16th day of September, 2024.

_____
Honorable Andrew M Edison
United States Judge, S.D.Tex.